AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RICHARD GARDNER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 322-166

LT. SIKES, Telfair State Prison; and HAYS TACTICAL SQUAD ON DUTY,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 19, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the Court's opinion. Therefore, Plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted, and this civil action stand closed.

| April 19, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *Candy Cobell* (signature) |
| | (By) Deputy Clerk |

GAS Rev 10/2020